Weronika WILCINSKI, respt., v. NEW YORK CENTRAL & HUDSON RIVER R. CO., applt. (Supreme Court, Appellate Divi-

sion, Fourth Department. July 6, 1916.) Motion for reargument denied with $10 costs. Motion for leave to appeal to Court of Appeals denied.